IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Civil Division

QUAN VU and MAY SIEW,
Individually and as husband and wife,

      Plaintiffs,

  vs.

No.: 1:16-cv-02170-JEJ

SKI LIBERTY OPERATIONS CORP., d/b/a
LIBERTY MOUNTAIN RESORT and
SNOW TIME, INC.,

      Defendants.

## PLAINTIFFS' ANSWER TO COUNTERCLAIM OF DEFENDANTS

AND NOW, come the Plaintiffs, Quan Vu and May Siew, by and through their undersigned counsel, D. Aaron Rihn, Esquire, Mark D. Troyan, Esquire, and the law firm of Robert Peirce & Associates, P.C., and hereby submit their Answer to Defendants, Ski Liberty Operations Corp., d/b/a ,Liberty Mountain Resort and Snow Time, Inc.'s Counterclaim and assert:

### Breach of Contract

1. No response is required to Paragraph No. 1 of Defendants' Counterclaim.

2. The allegations contained in Counterclaim Paragraph No. 2 state a conclusion of law to which no response is necessary. To the extent that a response is required, Plaintiffs admit in part and deny in part the allegations contained in Counterclaim Paragraph No. 2. Plaintiffs admit that they entered into a Season Pass & Advantage Card Release Agreement; however, Plaintiffs deny that this serves as a release to any liability of the Defendants.

3. Plaintiffs admit to Paragraph No. 3 of Defendants' Counterclaim in that this is the language found in the Season Pass & Advantage Card Release Agreement.

4. The allegations contained in Counterclaim Paragraph No. 4 state a conclusion of law to which no response is necessary. To the extent that a response is required, Plaintiffs deny the allegations in Counterclaim Paragraph No. 4.

5. The allegations contained in Counterclaim Paragraph No. 5 state a conclusion of law to which no response is necessary. To the extent that a response is required, Plaintiffs deny the allegations in Counterclaim Paragraph No. 5.

6. The allegations contained in Counterclaim Paragraph No. 6 state a conclusion of law to which no response is necessary.

7. The allegations contained in Counterclaim Paragraph No. 7 state a conclusion of law to which no response is necessary.

WHEREFORE, the Plaintiffs, Quan Vu and May Siew, deny liability to the Defendants in any manner and respectfully request that the Court deny the relief sought by the Defendants, dismiss the Counterclaim with prejudice, enter judgment on Plaintiffs' behalf, and award any such relief that this Court deems just and proper.

Respectfully submitted,

By: */s/ D. Aaron Rihn*
　　D. AARON RIHN, ESQUIRE
　　Pa. I.D. No.: 85752
　　ROBERT PEIRCE & ASSOCIATES, P.C.
　　Firm I.D. No.: 839
　　707 Grant Street
　　Suite 2500
　　Pittsburgh, PA 15219
　　(412) 281-7229
　　Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA

### Civil Division

QUAN VU and MAY SIEW,
Individually and as husband and wife,   No. 1:16-cv-02170-JEJ

      Plaintiffs,

  vs.

SKI LIBERTY OPERATING CORP., d/b/a
LIBERTY MOUNTAIN RESORT and SNOW
TIME, INC.,

      Defendants.

### **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed on this 9th day of January 2016 via the Court's CM/ECF system and is downloadable by all counsel of record.

                                  */s/ D. Aaron Rihn*
                                  D. AARON RIHN, ESQUIRE
                                  PA I.D. No.: 85752