# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Quan Vu and May Siew, Individually and as Husband and Wife, | No: 1:16-cv-02170-JEJ |
| Plaintiffs, | District Judge John E. Jones, III |
| v. | |
| Ski Liberty Operating Corp., d/b/a Liberty Mountain Resort and Snow Time, Inc., | |
| Defendants. | |

## JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES

AND NOW, come the parties, Quan Vu and May Siew, Plaintiffs, and Ski Liberty Operating Corp., d/b/a Liberty Mountain Resort and Snow Time, Inc., Defendants, by and through their attorneys D. Aaron Rihn, Esquire, and the law firm of Robert Peirce & Associate, P.C., and Anthony W. Hinkle, Esquire and the law firm of Cipriani & Werner, P.C., respectively, and file the within Joint Stipulation to Extend Scheduling Order Deadlines:

| | |
|---|---|
| Plaintiffs' Expert Report | December 31, 2017 |
| Dispositive Motions Deadline | January 31, 2018 |
| Defendants' Expert Report | February 15, 2018 |
| Discovery Deadline | February 15, 2018 |
| Expert Supplementation | February 28, 2018 |
| Pretrial Conference | May 1, 2018 |
| Jury Selection | June 1, 2018 |

Respectfully submitted,

| CIPRIANI & WERNER, P.C. | ROBERT PEIRCE & ASSOCIATES, P.C. |
|---|---|
| By: */s/ Anthony W. Hinkle* | By: */s/ D. Aaron Rihn* |
| ANTHONY W. HINKLE, ESQUIRE | D. AARON RIHN, ESQUIRE |
| PA I.D. No.: 49702 | PA I.D. No.: 85752 |
| Cipriani & Werner, P.C. | Robert Peirce & Associates, P.C. |
| 450 Sentry Parkway, Suite 200 | Suite 707, Suite 2500 |
| Blue Bell, PA 19422 | Pittsburgh, PA 15219 |
| (610) 567-0700 | (412) 281-7229 |
| Counsel for Defendants | Email: arihn@peircelaw.com |
| | Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Quan Vu and May Siew, Individually and as Husband and Wife, | No: 1:16-cv-02170-JEJ |
| Plaintiffs, | District Judge John E. Jones, III |
| v. | |
| Ski Liberty Operating Corp., d/b/a Liberty Mountain Resort and Snow Time, Inc., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 9th day of November 2017 and is available for download by all counsel of record.

By: */s/ D. Aaron Rihn*
D. AARON RIHN, ESQUIRE
Pa. I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 2500
Pittsburgh, PA 15219
(412) 281-7229
Counsel for Plaintiffs