# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAN VU and MAY SIEW, | : | 1:16-cv-2170 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SKI LIBERTY OPERATING CORP., *et. al.*, | : | |
| | : | |
| Defendants, | : | |

## ORDER

### March 26, 2018

Presently before the Court is Defendants' motion for summary judgment. (Doc. 36). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 36) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

> s/ John E. Jones III
> John E. Jones III
> United States District Judge